**Dismissed and Memorandum Opinion filed August 15, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00507-CV

_____

## MERCEDES WEISHALLA, Appellant

## V.

## JENJA APARTMENTS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1071282**

---

## MEMORANDUM OPINION

This is an attempted appeal from a proposed post-judgment order that was never signed by the trial court. Appellant is trying to recover funds held in the registry of the court.

Appellant filed a motion to withdraw those funds and submitted a proposed order to the trial court. For reasons unknown to this court, the County Civil Court at Law No. 1 did not rule on appellant's motion.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). However, some post-judgment orders are appealable, but we have no signed order in this case. Appellant must obtain a ruling on her post-judgment motion to withdraw funds before she can file an appeal. Any possible remedy for a refusal to sign an order is by a petition for a writ of mandamus, not by appeal.

On July 3, 2019 notification was transmitted to the parties, of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before August 2, 2019. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.